FILED
 2007 Dec-18  PM 01:14
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **MARLIN M. HOGUE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No.  CV 07-S-2013-NE |
| ) | |
| **PALISADES COLLECTION,** ) | |
| **LLC,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

### ORDER DISMISSING FEWER THAN ALL DEFENDANTS

The court having been notified that all claims between plaintiff, Marlin M. Hogue, and defendant, Palisades Collection, LLC, have been resolved, it is ORDERED that this case is DISMISSED with prejudice as to defendant Palisades Collection, LLC, but providing that if plaintiff does not receive the full proceeds of the settlement with defendant Palisades Collection, LLC, within a reasonable period of time, not to exceed 45 days from this date, he may petition the court to reinstate this action, and such reinstatement shall relate back to the original date of filing. Costs are taxed as paid.

DONE this 18th day of December, 2007.

_____
United States District Judge