# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **MARLIN M. HOGUE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:07-cv-02013-CLS |
| | ) |
| **PALISADES COLLECTION, LLC,** | ) |
| *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S
## NOTICE OF SETTLEMENT

Defendant Equifax Information Services, LLC ("Equifax") hereby gives notice that it has reached a settlement with Plaintiff in the above-styled case.

/s/ Jay Murrill
Jay Murrill
Miller, Hamilton, Snider, and Odom LLC
505 20th Street North; Ste. 500
Birmingham, Alabama 35203
Telephone: 205.226.5200
Fax: 205.226.5226
E-mail: jaymurrill@mhsolaw.com

*Counsel for Defendant Equifax Information Services, LLC*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic filing this 22nd day of January, 2008, to:

John G Watts
THE WATTS LAW GROUP, PC
15 Office Park Circle, Suite 206
P.O. Box 531168
Birmingham, AL 35253

M Stan Herring, Jr.
M STAN HERRING PC
201 Avon Place
700 29th Street South
Birmingham, AL 35233

Neal D Moore, III
FERGUSON FROST & DODSON LLP
2500 Acton Road, Suite 200
PO Box 430189
Birmingham, AL 35243-0189

                                              /s/ Jay Murrill
                                              OF COUNSEL